246

## B. H. Molner, Appellant, v. Roger T. Bevan et al., Appellees.

### Gen. No. 43,698.

opinion filed December 31, 1946; released for publication January 15, 1947. Maurice Weissman, for appellant; James M. Turner and A. J. W. Appell, for appellees; A. J. W. Appell, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.**